# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01743-MJW

JOSEPH SAPUTO,

       Plaintiff,

v.

ALLIED INTERSTATE LLC, a Minnesota limited liability company,

       Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE ( *Docket No. 11* )

---

THE COURT having reviewed the Notice of Dismissal with Prejudice

pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises,

DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each

party to pay his or its own attorney's fees and costs.


BY THE COURT:


August 14, 2014
_____
DATE

*Michael J. Watanabe*
_____
Michael J. Watanabe
U.S. MAGISTRATE JUDGE